IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN S. FISHER, individually and as a trustee of the MERRILL FISHER TRUST, and LOIS M. FISHER, as a trustee of the MERRILL FISHER FAMILY TRUST | Case No. 4:12-cv-0484 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| DOMINION TRANSMISSION, INC. | |
| Defendant. | |

**ORDER**

April 1, 2015

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Defendant's Motions *in Limine* as to Dr. Richard R. Parizek and William J. Rogers (ECF Nos. 57 and 59) are DENIED without prejudice with leave to renew its objections at trial in accordance with the accompanying memorandum opinion.

2. Defendant's Motion *in Limine* as to Plaintiff Allen S. Fisher (ECF No. 61) is DENIED without prejudice as to the two statements regarding bentonite mud as detailed in the accompanying memorandum opinion.

3. Defendant's Motion *in Limine* as to Plaintiff Allen S. Fisher is DENIED with prejudice as to the remaining specific and discrete statement objected to therein.

                              BY THE COURT:

                              <u>s/ Matthew W. Brann</u>
                              Matthew W. Brann
                              United States District Judge