IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN S. FISHER, individually and as a trustee of the MERRILL FISHER TRUST, and LOIS M. FISHER, as a trustee of the MERRILL FISHER FAMILY TRUST | : : : : : : : | Case No. 4:12-cv-0484 (Judge Brann) |
| Plaintiffs, | : : | |
| v. | : : | |
| DOMINION TRANSMISSION, INC. | : : | |
| Defendant. | : | |

**ORDER**
October 20, 2015

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion for Reconsideration (ECF No. 102) is DENIED.

2. Defendant's Motion for Judgment on Partial Findings (ECF No. 102) is DENIED as moot in light of this Court's contemporaneously filed findings of fact and conclusions of law.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge

1